IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RODDRICK CHANDLER,

    Plaintiff,

v.                                       CASE NO. 1:12-cv-24-SPM-GRJ

GAINESVILLE MOTORS, INC., d/b/a
GAINESVILLE CHRYSLER DODGE JEEP,

    Defendant.
_____/

## O R D E R

    This matter is before the Court on Doc. 12, the parties' Joint Motion for Adjuster to Appear by Phone at Mediation. The parties have scheduled a mediation conference for November 26, 2012.  Plaintiff and Defendant jointly request permission for the insurance adjuster for Defendant to appear by telephone at the mediation.  They state that the handling adjuster for the case, Samantha Kurzinski, works in Stevens Point, Wisconsin, and request her telephonic attendance at the mediation in an effort to save costs.  They further state that Ms. Kurzinski will have full settlement authority.  Vice President of Sullivan Automotive Group Chris Smith will also have full settlement authority, and will be present in-person at the mediation.  Because Defendant will have an authorized representative with full authority to settle personally present at the mediation, the Court will grant the motion to permit Ms. Kurzinski to appear telephonically.

    Accordingly, it is now **ORDERED** as follows:

    The parties' Joint Motion for Adjuster to Appear by Phone at Mediation(Doc. 12)

is **GRANTED**.

**DONE AND ORDERED** this 18th day of September, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

*Case No: 1:12-cv-24-SPM-GRJ*